# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147125

WILLIAM G. BAIRD,
        Plaintiff-Appellee,
and

SAFECO INSURANCE COMPANY OF
AMERICA and NORTHLAND INSURANCE
COMPANY,
        Intervening Plaintiffs-Appellees,

v

AKA TRUCKING, INC.,
        Defendant-Appellee,
and

TRAVELERS INSURANCE COMPANY,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147125
COA: 299975
WCAC: 08-000028

_____/

      On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

t0826